**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| STACY CODY,  :  Plaintiff,  :  v.  :  JO ANNE BARNHART,  :  Commissioner of Social Security  :  Defendant.  : | 1:05-CV-91 (WLS) |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 20), filed August 22, 2006. It is recommended that Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Plaintiff has not filed a written objection.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 20) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, the Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

SO ORDERED, this   14th   day of September, 2006.

  /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**